

שי צוקרמן ושותי משרד עורכי-דין
Shay zuckrman&Co. Law Firm

| | |
|---|---|
| הירקון 113 ת"א, 63573 | SHAY ZUCKERMAN, ADV. עו"ד, שי צוקרמן |
| טל' 03-5754883 \| פקס 03-5754884 | DAN FRISHMAN, ADV. עו"ד, דן פרישמן |
| מייל Office@litigation.co.il | KEREN RIBER- ABRAHAMI, ADV. עו"ד, קרן ריבר-אברהמי |
| 113 HAYARKON ST. TEL AVIV, 63573 | MAHER SHEHADEH, ADV. עו"ד, מאהר שחאדה |
| TEL +972-3-5754883 \| FAX +972-3-5754884 | NOAM BEN – ZVI, ADV. עו"ד, נועם בן צבי |
| EMAIL office@litigation.co.il<br>website: www.litigation.co.il | YITZHAK LAVI. ADV. עו"ד, יצחק לביא |

תאריך: 9.3.14

To:
**JODIE BARNES**

Sarasota FL

Jesse L. Skipper,
P.A.535 Central Avenue
St. Petersburg, FL 33701
e-mail: ▇▇▇▇▇@skipperlaw.net

Re: <u>Justin Labs Inc. vs. Judie Barnes</u>

On behalf of my client, Justin Labs Inc., I hereby address you as follows:

1. Based on the CONVENTION ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS and on behalf of Justin Labs, an Israeli Company ==in interest of the Roca Labs brand== name, you are hereby requested to remove the defamation on PissedConsumer.com within the next 7 days.

2. The defamation is Failure to do so will result in a defamation law suit in Israel for $200,000 and a judicial request to recover up to $1,000,000 based on this intentional defamation to cause damage.

3. Please be reminded that failure to be represented and appear in person in court will result in a relatively quick judgment enforceable in the United States.

Respectfully,

Shay Zuckerman, adv.